AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

FILED

NOV 29 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| United States of America<br>v.<br>**Daniel Christopher Edwards**<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  25-mj-1010-SH<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 28, 2025** in the county of **Tulsa** in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. §§ 5861(d) and 5871 | Possession of an Unregistered Destructive Device |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

JONATHON BUTLER
Digitally signed by JONATHON BUTLER
Date: 2025.11.29 14:05:49 -06'00'

*Complainant's signature*

Special Agent
*Printed name and title*

Sworn to before me by phone.

Date: 11/29/25

*Judge's signature*

City and state: Tulsa, OK

United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT
## IN THE NORTHERN DISTRICT OF OKLAHOMA

Jonathon Butler (Jon) "Affiant" being duly sworn does depose and state the following:

## AGENT BACKGROUND AND INTRODUCTION

1. Your Affiant is a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been employed in this capacity since 2009 and am currently assigned to the Dallas Field Division, Tulsa field office of the ATF. I have completed the Criminal Investigator Training Program required by the ATF to be an ATF criminal investigator. I also completed the Special Agent Basic Training Academy required by ATF for all special agents employed by ATF. I also received a Bachelor of Science degree from Cameron University in Lawton, Oklahoma. In connection with my official duties as an ATF Special Agent, I investigate criminal violations of Federal Firearms Laws, Federal Arson Laws, Federal Explosives Laws, and Federal Narcotics laws.

2. During my employment as an ATF Special Agent, I have received specialized training regarding, and have personally participated in, various types of investigative activity, including, but not limited to, the following: (a) physical surveillance; (b) the debriefing of defendants, witnesses, informants and other individuals who have knowledge concerning violations of federal firearms laws; (c) undercover operations; (d) the execution of search warrants; (e) the consensual monitoring and recording of conversations; (f) electronic surveillance through the use of pen registers and trap and trace devices; (g) the court-authorized interception of both wire and electronic communications (i.e., Title III wiretaps); and (h) the handling and maintenance of evidence.

3. The statements made in this Affidavit are based in part on: (a) my personal participation in this investigation; (b) information provided to me by other law enforcement officers and their reports; and (c) the training and experience of myself and other law enforcement agents and officers. This affidavit is intended to show merely that there is sufficient probable cause for

the requested warrant and does not set forth all my knowledge about this matter.

4. It is my belief that a male known as **EDWARDS, DANIEL CHRISTOPHER** (DOB: XX-XX-1998, SSN:XXX-XX-0759) has violated 26 U.S.C. §§ 5861(d) and 5871 Possession of an Unregistered Destructive Device.

## PROBABLE CAUSE

5. On November 28, 2025, Officers of the Broken Arrow Police Department (BAPD) responded to 8575 S Aspen Ave #212, in Broken Arrow, Oklahoma. Officers located a male inside the apartment suffering from a possible overdose. The defendant was identified as Daniel Christopher Edwards, a citizen of the Muscogee Creek Nation, 64038. Apartment 212 is a three-bedroom unit. In addition to the defendant, the apartment is occupied by the defendant's stepfather, biological mother, and a child. The defendant's stepfather and mother rent the apartment and allow the defendant, an adult, to live there. The defendant maintains a room on the northwest corner of the apartment, being the last door on the left as you walk down the hallway. The defendant was feeling the effects of methamphetamine he had ingested and believed that he was overdosing. The defendant went into the living room of the apartment and was assessed by paramedics before being transported to Saint Francis Hospital South. The defendant's stepfather entered the defendant's room and located explosive materials the defendant was using to create a homemade explosive device. Specifically, the stepfather observed a completed device in the open closet of the defendant's room. The device had a mortar shell from a commercial firework, taped to an aerosol can with 22 caliber ammunition surrounding the aerosol can. The device was clearly designed to be destructive in nature. The ammunition would potentially create additional shrapnel and destruction once the device exploded. The device creates an immediate risk to public safety, to the other occupants of the defendant's apartment and to the surrounding apartments.

6. The Tulsa Police Bomb Squad arrived at the location and evaluated the green aerosol can with fireworks and ammunition taped around it.



7. Later that night, your affiant provided the above picture to ATF Destructive Device Examiner Jeremiah Raemhild, an ATF destructive device examiner Matthew Jeremiah Raemhild reviewed the photograph. Raemhild emailed your affiant and stated that device possesses the construction and characteristics of a destructive device and would be properly identified as an Explosive Bomb as that term is defined in 26 U.S.C, 5845(f).

8. Explosive bombs are destructive devices, and that term is defined in 26 U.S.C., section 5845 (f). A conclusive determination will be made once the lab report and evidence are received at the National Center for Explosives Training and Research and a physical exam of the evidence is completed.

9. A preliminary query in the National Firearms Registration and Transfer Record (NFRTR) for EDWARDS, DANIEL CHRISTOPHER indicates no records found. To own a destructive device, you must be 21 years or older to purchase from a dealer (or 18+ to purchase from an individual or manufacture, depending on state laws), be a US resident, pass a federal background check, and pay a one-time $200 tax to register the device. The

defendant had not completed these requirements and was no on the registry.

10. When examining the explosive device, I observed a fuse and this weapon could readily be put into operating condition if it is not already in operating condition.

## CONCLUSION

11. To the best of your Affiant's knowledge and belief, all statements made in this affidavit are true and correct. Based on the foregoing facts, I believe probable cause exists for the issuance of an arrest warrant for EDWARDS, DANIEL CHRISTOPHER (DOB: XX-XX-1998, SSN:XXX-XX-0759) for violations of 26 U.S.C. §§ 5861(d) and 5871 Possession of an Unregistered Destructive Device.

JONATHON BUTLER
Digitally signed by JONATHON BUTLER
Date: 2025.11.29 14:33:33 -06'00'

Jonathon Butler
Special Agent
BATF&E

Sworn and subscribed to before me this 29th day of November, 2025.

SUSAN E. HUNTSMAN
United States Magistrate Judge